**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**VIOLET JONES,**

    **Plaintiff,**

                                    **CASE NO.:**

**v.**

**FIRST STEP OF SARASOTA, INC.,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, FIRST STEP OF SARASOTA, INC. (hereinafter "Defendant"), by and through its undersigned attorneys, hereby gives notice that the civil action currently pending in the Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida, identified as *Violet Jones v. First Step of Sarasota, Inc.*, Case No. 2019-CA-002295 NC, is removed to this Court without waiving any rights to which Defendant may be entitled, and states:

Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit A.

The Complaint in the above action was filed on April 26, 2019. Defendant received service of the Summons and Complaint on May 22, 2019. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

Removal of this action is proper under 28 U.S.C. §1441, the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged a violation of federal law in her Complaint.

Plaintiff has pled that Defendant interfered with her rights under the Family and Medical Leave Act in violation of 29 U.S.C. §§ 2614(a)(1)(A) and 2615(a)(2).

Because this Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1332, this case is properly removable pursuant to 28 U.S.C. § 1441(a).

Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon attorney for Plaintiff Christopher Saba, Esq., WENZEL FENTON CABASSA, P.A., 1110 N. Florida Ave., Suite 300, Tampa, FL  33602.

Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for Sarasota County, Florida be removed to the United States District Court for the Middle District of Florida.

/s/     Sean A. Douthard
**PHILLIP J. HARRIS,** FBN:  0044107
pharris@constangy.com
**SEAN A. DOUTHARD,** FBN:  0102589
sdouthard@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
Telephone:     (813) 223-7166
Facsimile      (813) 223-2515
Service Email:        tampa@constangy.com
*Attorneys for Defendant*

5840305v.1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of June, 2019, I electronically filed the foregoing with the Clerk of Court by using the Federal CM/ECF filing system, which will send a Notice of Electronic Filing, along with a true and correct copy of the foregoing via e-mail to the following:

Christopher J. Saba, Esq.
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue
Suite 300
Tampa, FL  33602
Telephone:     (813) 321-4086
Facsimile:      (813) 229-8712
csaba@wfclaw.com
tsoriano@wfclaw.com
*Counsel for Plaintiff*

/s/     Sean A. Douthard
**Attorneys for Defendant**

5840305v.1